Entered on Docket March 30, 2020

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

_____

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> FEI MENG and LING XIE, <br><br> Debtors. | Bankruptcy No. 18-10754-TWD |
| UNITED STATES TRUSTEE, <br><br> Plaintiff, <br><br> v. <br><br> FEI MENG and LING XIE, <br><br> Defendants. | Adversary No. 18-01161-TWD <br><br> **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON 11 U.S.C. § 727(a)(3) CLAIM** |

THIS MATTER came before the Court on the summary judgment motion filed by the United States Trustee ("UST"). The Court has reviewed and considered the summary judgment motion, all evidence submitted in support of and in opposition to the summary judgment motion, the records and

ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON 11 U.S.C. § 727(a)(3) CLAIM - 1
Case 18-01161-TWD    Doc 49    Filed 03/30/20    Ent. 03/30/20 09:49:44    Pg. 1 of 2

files in this adversary proceeding and the oral argument held on March 27, 2020. Specifically, the Court considered the pleadings, submissions and evidence appearing at Docket Nos. 34, 35, 36, 37, 38, 40, 42, 43, 44 and 45. The Court stated its reasons for granting the summary judgment motion with respect to the 11 U.S.C. § 727(a)(3) claim on the record at the conclusion of the March 27, 2020 hearing on the summary judgment motion as contemplated by Federal Rule of Bankruptcy Procedure 7056 and Federal Rule of Civil Procedure 56(a). The Court concluded that there is no just reason for delay and that entry of final judgment in favor of the UST against Fei Meng and Ling Xie on the 11 U.S.C. § 727(a)(3) claim is appropriate under Federal Rule of Bankruptcy Procedure 7054 and Federal Rule of Civil Procedure 54(b). Now, therefore, it is hereby ORDERED that:

1. The UST's request for summary judgment on the 11 U.S.C. § 727(a)(3) claim against Fei Meng and Ling Xie is granted.

2. Fei Meng and Ling Xie are denied a discharge in their bankruptcy case (Bankruptcy No. 18-10754) pursuant to 11 U.S.C. § 727(a)(3).

3. This is a final order. All further activity in this adversary proceeding is stayed absent further order of this Court until such time as any appeal of this Order is complete. If there is no appeal of this Order, the Clerk's office shall close this adversary proceeding.

/// End of Order ///